IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION



**FILED**

OCT 2 1 2015

Clerk, U.S. District Court
District Of Montana
Great Falls

| UNITED STATES OF AMERICA, | Citation Number: 4614605, M12 |
|---|---|
| Plaintiff, | ORDER TO DISMISS |
| vs. | |
| KATY S. MCMILLAN, | |
| Defendant. | |

Upon motion of the United States and for good cause shown,

IT IS HEREBY ORDERED that the above Violation is dismissed with

prejudice.

DATED this  `2/`  day of October, 2015.

John Johnston
United States Magistrate Judge

-1-